**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| FAIRPLAY ELECTRIC CARS, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| v | ) | |
| | ) | C.A. No. _____ |
| TEXTRON INNOVATIONS, INC. and | ) | |
| TEXTRON, INC. (including its E-Z-GO | ) | |
| Division) | ) | |
| | ) | |
| Defendants. | | |

## COMPLAINT FOR DECLARATORY JUDGMENT

Plaintiff, FairPlay Electric Cars, LLC ("FairPlay"), by and through its attorneys, Potter Anderson & Corroon LLP and Dykema Gossett PLLC, states as follows for its Complaint against Defendants, Textron Innovations, Inc. and E-Z-GO (A Division of Textron Inc.).

### JURISDICTION AND VENUE

1.     This is an Action for declaratory judgment, arising under the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202 and the Patent Laws of the United States of America, 35 U.S.C. §§ 101 *et seq.*, seeking a declaratory judgment of non-infringement, of United States Design Patent Nos. 345,717 ("the '717 Patent"), 369,762 ("the '762 Patent") and 373,099 ("the '099 Patent"), each of which are entitled "Golf Car."

2.     This Court has Subject Matter Jurisdiction over all causes of action set forth hereunder pursuant to 28 U.S.C. §§ 1331 (Federal Question Jurisdiction), 1338(a) (Jurisdiction over Patents), 2201 and 2202 (both Sections relating to Jurisdiction under the Declaratory Judgment Act).

3.     This Court also has Personal Jurisdiction over Defendants because Defendants, Textron Innovations Inc. and Textron Inc., are incorporated in and conduct business within the State of Delaware and this District.

4.     Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(a) and (b) in that, at all times material to this Complaint, Defendants have committed one or more of the acts complained of herein within the United States, this State and this District.

## PARTIES

5.     FairPlay is a Limited Liability Corporation organized and existing under the laws of the State of Colorado. FairPlay maintains a principal place of business at 743 Horizon Court, Suite 333, Grand Junction, Colorado, 81506. FairPlay is in the business of, *inter alia*, marketing and selling electric cars, including golf cars.

6.     Defendant Textron Innovations Inc. is a Corporation organized and existing under the laws of the State of Delaware, and maintains a principal place of business at 40 Westminster Street, Providence, Rhode Island, 02903.

7.     Defendant Textron Inc. is a Corporation organized and existing under the laws of the State of Delaware, and maintains a principal place of business at 40 Westminster Street, Providence, Rhode Island, 02903.

8.     E-Z-GO is a Division of Textron Inc., with a principal place of business at 1451 Marvin Griffin Road, Augusta, Georgia, 30906. E-Z-GO is in the business of, *inter alia*, marketing and selling golf cars.

2

## FACTUAL BACKGROUND

9.    An actual justiciable case or controversy exists between the parties with respect to FairPlay's 2007 ZX Series Cars (the "2007 ZX Cars"), and the infringement of three patents assigned to Defendant Textron Inc.

10.    On April 5, 1994, the '717 Patent, entitled "Golf Car," issued to William R. Molzon and James M. Criscuolo.  A true and accurate copy of the '717 Patent is attached to this Complaint as Exhibit A.

11.    On May 14, 1996, the '762 Patent, entitled "Golf Car," issued to William R. Molzon and James M. Criscuolo.  A true and accurate copy of the '762 Patent is attached to this Complaint as Exhibit B.

12.    On August 27, 1996, the '099 Patent, entitled "Golf Car," issued to William R. Molzon and James M. Criscuolo.  A true and accurate copy of the '099 Patent is attached to this Complaint as Exhibit C.

13.    Each of the '717, '762 and '099 Patents lists as the Assignee Defendant Textron Inc.

14.    On January 17, 2006, Defendants filed a Complaint For Injunctive Relief And Jury Demand ("Complaint") against FairPlay in the United States District Court for the Southern District of Georgia.  This Action, referred to hereinafter as the "Georgia Action," was assigned case no. CV106-009.  The Georgia Action alleged, *inter alia*, the infringement of the '717, '762 and '099 Patents by FairPlay of all of the golf cars then being marketed and sold by FairPlay, namely FairPlay's Fleet Model Golf Car Nos. PEC-2F4840 and PEC-4F4840 and FairPlay's Legacy Model Cars.

15.    Along with the Complaint, Defendants requested, and were granted a Preliminary Injunction hearing in which FairPlay was ordered to show cause by January 23, 2006, as to why a Preliminary Injunction was not to be ordered against FairPlay concerning infringement of the '762 patent by FairPlay's Fleet Model Golf Cars.

16.    On January 23, 2006, a Preliminary Injunction Order was issued against FairPlay, and FairPlay was "enjoined and restrained within the United States of America from making, assembling, importing, marketing, selling, or leasing the two seater versions of [FairPlay's] Fleet and Legacy Model Golf Cars, or any equivalent golf car." A true and correct copy of the Preliminary Injunction Order is attached to this Complaint as Exhibit D.

17.    FairPlay is not showing or marketing its Fleet Model Golf Cars (Nos. PEC-2F4840 and PEC-4F4840), or any equivalent golf cars, at a PGA Merchandise Show in Orlando, Florida on January 26-29, 2006 ("the Orlando Trade Show"), nor at the Golf Industry Show in Atlanta, Georgia on February 9-11, 2006 ("the Atlanta Trade Show").

18.    FairPlay is introducing for the first time its 2007 ZX Cars, at both the Orlando and Atlanta Trade Shows.

19.    As a result of Defendants' actions and Defendants' overbroad assertions of patent rights, FairPlay has an immediate, objective and reasonable apprehension that Defendants will and intend to allege the infringement of the '717, '762 and/or '099 Patents through the importation, use, offer for sale and/or sale of the 2007 ZX Cars.

## COUNT ONE – DECLARATION OF PATENT NONINFRINGEMENT

20.    FairPlay incorporates and realleges the averments contained in Paragraphs 1 through 19, above.

4

21.    This Count One is for a declaration that the 2007 ZX Cars imported, used, offered for sale and/or sold by FairPlay do not infringe any valid claim of the '717, '762 or '099 Patents.

22.    By virtue of Defendants' actions and FairPlay's reasonable apprehension that it will face an infringement suit, there is a substantial and continuing justiciable controversy between FairPlay and Defendants as to Defendants' right to threaten or maintain suit for infringement of the '717, '762 and/or '099 Patents by FairPlay's importation, use, sale and/or offer for sale of its 2007 ZX Cars.

23.    Further, FairPlay has a reasonable belief of suit imminently being brought against it by Defendants' for infringement of the '717, '762 and/or '099 Patents by FairPlay's manufacture, use, sale and/or offer for sale of its 2007 ZX Cars.

24.    FairPlay does not infringe the Claims of the '717, '762 and '099 Patents by its 2007 ZX Cars, and FairPlay's conduct does not violate 35 U.S.C. § 271.

25.    Accordingly, FairPlay is entitled to a declaratory judgment of non-infringement of the '717, '762 and '099 Patents by its 2007 ZX Cars.

## PRAYER FOR RELIEF

WHEREFORE, FairPlay respectfully requests the following relief:

A.    Judgment that Defendants are without right or authority to threaten or maintain suit against FairPlay or its customers for the alleged infringement of the '717, '762 and '099 Patents by the 2007 ZX Cars; and that the '717, '762 and '099 patents are not infringed by FairPlay because of the importation, use, offering for sale and/or sale of the 2007 ZX Cars;

5

B.    A preliminary and permanent injunction enjoining Defendants, their

officers, agents, servants, employees and attorneys, and those persons in active concert or

participation with Defendants who receive actual notice thereof, from initiating

infringement litigation or threatening FairPlay, or any of its customers, dealers, agents,

servants or employees, or any prospective or present sellers, dealers or users of FairPlay's

2007 ZX Cars, with infringement litigation, or charging any of them, either verbally or in

writing, with infringement of the '717, '762 and/or '099 Patents, because of the

importation, use, sale or offering of sale of FairPlay's 2007 ZX Cars;

C.    Award FairPlay its costs and reasonable attorney's fees; and

D.    Grant FairPlay such further relief as this Court deems just and proper.


OF COUNSEL:                              POTTER ANDERSON & CORROON LLP

Craig N. Hentschel
Jeffrey W. Deane                         By: _____
DYKEMA GOSSETT PLLC                          Richard L. Horwitz (#2246)
333 South Grand Avenue                       David E. Moore (#3983)
Suite 2100                                   Hercules Plaza, 6th Floor
Los Angeles, CA 90071                        1313 North Market Street
(213) 457-1800                               P.O. Box 951
                                             Wilmington, DE 19899-0951
Allan J. Sternstein                          Telephone: (302) 984-6000
Timothy M. Morella                           rhorwitz@potteranderson.com
DYKEMA GOSSETT PLLC                          dmoore@potteranderson.com
10 South Wacker Drive
Suite 2300                               *Attorneys for Plaintiff*
Chicago, IL 60606
(312) 876-1700


Dated: January 30, 2006

# Exhibit A



US00D345717S

# United States Patent [19]

## Molzon et al.

[11] Patent Number: **Des. 345,717**

[45] Date of Patent: ✶✶ **Apr. 5, 1994**

[54] **GOLF CAR**

[75] Inventors: **William R. Molzon**, Clarkson, Mich.; **James M. Criscuolo**, Martinez, Ga.

[73] Assignee: **Textron Inc.**, Providence, R.I.

[✶✶] Term: **14 Years**

[21] Appl. No.: **886,444**

[22] Filed: **May 20, 1992**

[52] U.S. Cl. ................................................. **D12/16**

[58] Field of Search ................ 296/186; 280/DIG. 5; D12/16

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 255,558 | 6/1980 | Ekuan | D12/16 |
| D. 320,580 | 10/1991 | Kim | D12/16 |
| D. 326,831 | 6/1992 | Lanius et al. | D12/16 |
| 4,037,614 | 7/1977 | Hines et al. | 135/5 A |
| 4,098,536 | 7/1978 | Mills | 296/78 R |
| 4,334,692 | 6/1982 | Lynch | 280/79.1 A |
| 4,533,013 | 8/1985 | Hightower | 180/210 |
| 4,650,238 | 3/1987 | Healey | 296/37.7 |
| 4,772,064 | 9/1988 | Moore | 296/102 |
| 4,773,695 | 9/1988 | Jones et al. | 296/77.1 |
| 5,094,500 | 3/1992 | Maypole et al. | 296/102 |

### OTHER PUBLICATIONS

1990 E–Z–Go Textron Product Catalog, pp. 1, 6, 9, 14, 22, 23, 24.

*Primary Examiner*—Wallace R. Burke
*Assistant Examiner*—M. Brown
*Attorney, Agent, or Firm*—Perman & Green

[57] **CLAIM**

The ornamental design for a golf car, as shown and described.

## DESCRIPTION

FIG. 1 is a perspective view of a golf car showing our new design;

FIG. 2 is a top plan view thereof;

FIG. 3 is a side elevational view thereof, the opposite side being a mirror image;

FIG. 4 is a front elevational view thereof; and,

FIG. 5 is a rear elevational view thereof.





FIG. I.



FIG. 2.



FIG. 3.

**U.S. Patent**    Apr. 5, 1994    Sheet 4 of 4    **Des. 345,717**

## FIG. 4.



## FIG. 5.



# Exhibit B

US00D369762S

# United States Patent [19]

## Molzon et al.

[11]  Patent Number:  **Des. 369,762**

[45]  Date of Patent:  ✱✱**May 14, 1996**

[54]  **GOLF CAR**

[75]  Inventors:  **William R. Molzon,** Clarkston, Mich.;
  **James M. Criscuolo,** Martinez, Ga.

[73]  Assignee:  **Textron Inc.,** Providence, R.I.

[✱✱]  Term:  **14 Years**

[21]  Appl. No.: **29,859**

[22]  Filed:  **Oct. 18, 1994**

### Related U.S. Application Data

[63]  Continuation-in-part of Ser. No. 17,534, Jan. 14, 1994,
  which is a continuation-in-part of Ser. No. 886,444, May 20,
  1992, Pat. No. Des. 345,717, and Ser. No. 886,445, May 20,
  1992, Pat. No. Des. 345,718.

[52]  U.S. Cl. .................................................. **D12/16**

[58]  Field of Search ...................... D12/16; 280/DIG. 5;
  296/186

[56]  **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 255,558 | 6/1980 | Ekuan .................... | D12/16 |
| D. 320,580 | 10/1991 | Kim ...................... | D12/16 |
| D. 326,831 | 6/1992 | Lanius et al. ............ | D12/16 |
| D. 345,717 | 4/1994 | Molzon et al. ........... | D12/16 |
| D. 345,718 | 4/1994 | Molzon et al. ........... | D12/16 |

| | | | |
|---|---|---|---|
| 4,037,614 | 7/1977 | Hines et al. .............. | 135/5 A |
| 4,098,536 | 7/1978 | Mills ..................... | 296/78.1 |
| 4,334,692 | 6/1982 | Lynch .................... | 280/79.1 A |
| 4,533,013 | 8/1985 | Hightower ............... | 180/210 |
| 4,650,238 | 3/1987 | Healey ................... | 296/37.7 |
| 4,772,064 | 9/1988 | Moore .................... | 296/102 |
| 4,773,695 | 9/1988 | Jones et al. .............. | 296/77.1 |
| 5,094,500 | 3/1992 | Maypole et al. .......... | 296/102 |

#### OTHER PUBLICATIONS

1990 E–Z–GO Textron Product Catalog, pp. 1, 6, 9, 14, 22, 23, 24.

*Primary Examiner*—Melody N. Brown
*Attorney, Agent, or Firm*—Perman & Green

[57]  **CLAIM**

The ornamental design for a golf car, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of a golf car showing our new design;
FIG. 2 is a top plan view thereof;
FIG. 3 is a side elevational view thereof, the opposite side being a mirror image;
FIG. 4 is a front elevational view thereof; and,
FIG. 5 is a rear elevational view thereof.

**1 Claim, 4 Drawing Sheets**



**U.S. Patent**       May 14, 1996      Sheet 1 of 4      **Des. 369,762**



FIG. 1

**U.S. Patent**       May 14, 1996       Sheet 2 of 4       **Des. 369,762**



FIG. 2

U.S. Patent      May 14, 1996      Sheet 3 of 4      Des. 369,762



FIG. 3

**U.S. Patent**       May 14, 1996       Sheet 4 of 4       **Des. 369,762**



FIG. 4





FIG. 5

# Exhibit C

US00D373099S

# United States Patent [19]

## Molzon et al.

[11] Patent Number: **Des. 373,099**

[45] Date of Patent: ✱✱* **Aug. 27, 1996**

[54] **GOLF CAR**

[75] Inventors: **William R. Molzon**, Clarkston, Mich.;
**James M. Criscuolo**, Martinez, Ga.

[73] Assignee: **Textron Inc.**, Providence, R.I.

[ * ] Notice: The portion of the term of this patent
subsequent to Apr. 5, 2008, has been
disclaimed.

[**] Term: **14 Years**

[21] Appl. No.: **17,534**

[22] Filed: **Jan. 14, 1994**

### Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 886,444, May 20, 1992,
Pat. No. Des. 345,717, and a continuation-in-part of Ser. No.
886,445, May 20, 1992, Pat. No. Des. 345,718.

[52] **U.S. Cl.** ............................................... **D12/16**
[58] **Field of Search** ..................... D12/16; 296/186,
296/37.7; 280/DIG. 5

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D. 255,558 | 6/1980 | Ekuan | ........................... | D12/16 |
| D. 320,580 | 10/1991 | Kim | ........................... | D12/16 |
| D. 326,831 | 6/1992 | Lanius et al. | ........................... | D12/16 |
| D. 345,717 | 4/1994 | Molzon et al | ........................... | D12/16 |
| D. 345,718 | 4/1994 | Molzon et al | ........................... | D12/16 |

| | | | | |
|---|---|---|---|---|
| 4,037,614 | 7/1977 | Hines et al. | ........................... | 135/5 A |
| 4,098,536 | 7/1978 | Mills | ........................... | 296/78.1 |
| 4,334,692 | 6/1982 | Lynch | ........................... | 280/79.1 |
| 4,533,012 | 8/1985 | Hightower | ........................... | 180/210 |
| 4,533,013 | 8/1985 | Hightower | ........................... | 180/210 |
| 4,650,238 | 3/1987 | Healey | ........................... | 296/37.7 |
| 4,772,064 | 9/1988 | Moore | ........................... | 296/102 |
| 4,773,695 | 9/1988 | Jones et al | ........................... | 296/77.1 |
| 5,094,500 | 3/1992 | Maypole et al | ........................... | 296/102 |

#### OTHER PUBLICATIONS

1990 E–Z–GO Textron Product Catalog, pp. 1,6,9,14,22,23,
24.

*Primary Examiner*—A. Hugo Word
*Assistant Examiner*—M. Brown
*Attorney, Agent, or Firm*—Perman & Green

[57] **CLAIM**

The ornamental design for a golf car, as shown and
described.

### DESCRIPTION

FIG. 1 is a perspective view of a golf car showing our new
design;
FIG. 2 is a top plan view thereof;
FIG. 3 is a left side elevational view thereof;
FIG. 4 is a front elevational view thereof;
FIG. 5 is a rear elevational view thereof; and,
FIG. 6 is a right side elevational view thereof.

**1 Claim, 5 Drawing Sheets**





FIG. 1.

**U.S. Patent**    Aug. 27, 1996    Sheet 2 of 5    **Des. 373,099**



FIG. 2.



FIG. 3.

## FIG. 4.



## FIG. 5.





FIG. 6.

# Exhibit D

Jan-24-06   03:47pm   From-USDC Aug                    7069484401        T-301   P 002/003   F-573

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 JAN 24 PH 2:50

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

TEXTRON INNOVATIONS, INC.,          *
and E-Z GO (a division of           *
TEXTRON, INC.),                     *
                                    *
          Plaintiffs,               *
                                    *
     v.                             *          CV 106-009
                                    *
FAIRPLAY ELECTRIC CARS, LLC,        *
                                    *
          Defendant.                *

---

O R D E R

---

Presently before the Court in the captioned matter is
Plaintiffs' motion for a preliminary injunction to enjoin
Defendant from infringing Plaintiffs' United States Design
Patent No. 369,762. (Doc. No. 3.) Upon consideration of the
evidence and the parties' written and oral arguments, the
Court orally expressed findings of fact and conclusions of law
into the record at the conclusion of the hearing held
yesterday on this matter.

Based upon those findings of fact and conclusions of law,
IT IS HEREBY ORDERED that Defendant Fairplay Electric Cars,
LLC,[1] is enjoined and restrained within the United States of

---

[1] Pursuant to Federal Rule of Civil Procedure 65(d), this
injunction is binding upon Defendant's officers, agents,
servants, employees, and attorneys, and any person in active
concert or participation with them who receive actual notice

Jan-24-06    03:48pm    From-USDC Aug                    70584B4401        T-301    P 003/003    F-573

America from making, assembling, importing, marketing, selling, or leasing the two-seater versions of Defendant's Fleet and Legacy Model Golf Cars, or any equivalent golf car.

This Order shall remain in effect until February 6, 2006; however, the expiration date of this Order will be extended if Defendant does not file its opposition to this injunction and arrange for another hearing by the close of business on February 6, 2006.

ORDER ENTERED at Augusta, Georgia, this 24th day of January, 2006.

_____
UNITED STATES DISTRICT JUDGE

of this Order, by personal service or otherwise.

2

JS 44   (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

FairPlay Electric Cars, LLC

## DEFENDANTS

Textron Innovations, Inc. and Textron, Inc. (including its E-Z-Go Division)

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street, P.O. Box 951
Wilmington, DE 19899-0951

Attorneys (If Known)

## II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT   (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 362 Personal Injury— Med. Malpractice | [ ] 620 Other Food & Drug | | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 365 Personal Injury— Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 423 Withdrawal 28 USC 157 | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 630 Liquor Laws | | [ ] 450 Commerce/ICC Rates/etc. |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | [ ] 640 R.R. & Truck | **PROPERTY RIGHTS** | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | **PERSONAL PROPERTY** | [ ] 650 Airline Regs. | [ ] 820 Copyrights | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability | [ ] 370 Other Fraud | [ ] 660 Occupational Safety/Health | [x] 830 Patent | [ ] 810 Selective Service |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 371 Truth in Lending [ ] 380 Other Personal Property Damage | [ ] 690 Other | [ ] 840 Trademark | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 891 Agricultural Acts |
| [ ] 195 Contract Product Liability | | | [ ] 720 Labor/Mgmt. Relations | [ ] 862 Black Lung (923) | [ ] 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 730 Labor/Mgmt. Reporting & Disclosure Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motions to Vacate Sentence | [ ] 740 Railway Labor Act | [ ] 864 SSID Title XVI | [ ] 894 Energy Allocation Act |
| [ ] 220 Foreclosure | [ ] 442 Employment | **Habeas Corpus:** | | [ ] 865 RSI (405(g)) | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/ Accommodations | [ ] 530 General | [ ] 790 Other Labor Litigation | **FEDERAL TAX SUITS** | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 240 Torts to Land | [ ] 444 Welfare | [ ] 535 Death Penalty | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | |
| [ ] 245 Tort Product Liability | [ ] 440 Other Civil Rights | [ ] 540 Mandamus & Other | [ ] 791 Empl. Ret. Inc. Security Act | | [ ] 950 Constitutionality of State Statutes |
| [ ] 290 All Other Real Property | | [ ] 550 Civil Rights | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 890 Other Statutory Actions |
| | | [ ] 555 Prison Condition | | | |

## V. ORIGIN   (PLACE AN "X" IN ONE BOX ONLY)

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Declaratory Judgment Act, 28 USC Sections 2201-2202, Patent Laws of USA 35 USC Sections 101 et seq.

## VII. REQUESTED IN COMPLAINT:

[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND:   [ ] Yes   [x] No

## VIII. RELATED CASE(S) IF ANY
(See instructions):

JUDGE _____   DOCKET NUMBER _____

DATE
01/30/2006

SIGNATURE OF ATTORNEY OF RECORD   (3985)

## FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

JS 44 Reverse (Rev 12/96)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS-44

## Authority For Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet  Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed  The attorney filing a case should complete the form as follows:

I.    (a) Plaintiffs-Defendants.  Enter names (last, first, middle initial) of plaintiff and defendant  If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations  If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title

(b ) County of Residence  For each civil case filed, except U.S  plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing  In U.S  plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing.  (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved )

(c) Attorneys  Enter the firm name, address, telephone number, and attorney of record  If there are several attorneys, list them on an attachment, noting in this section "(see attachment)"

II.    Jurisdiction  The basis of jurisdiction is set forth under Rule 8(a), F R C P , which requires that jurisdictions be shown in pleadings  Place an "X" in one of the boxes  If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff  (1) Jurisdiction based on 28 U S C  1345 and 1348.  Suits by agencies and officers of the United States, are included here.

United States defendant.  (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question.  (3) This refers to suits under 28 U S C  1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States.  In cases where the U S  is a party, the U.S  plaintiff or defendant code takes precedence, and box 1 or 2 should be marked

Diversity of citizenship.  (4) This refers to suits under 28 U S.C  1332, where parties are citizens of different states  When Box 4 is checked, the citizenship of the different parties must be checked.  (See Section III below; federal question actions take precedence over diversity cases )

III.    Residence (citizenship) of Principal Parties.  This section of the JS-44 is to be completed if diversity of citizenship was indicated above  Mark this section for each principal party

IV.    Nature of Suit.  Place an "X" in the appropriate box.  If the nature of suit cannot be determined, be sure the cause of action, in Section IV below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit.  If the cause fits more than one nature of suit, select the most definitive

V.    Origin  Place an "X" in one of the seven boxes

Original Proceedings  (1) Cases which originate in the United States district courts.

Removed from State Court.  (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U S C , Section 1441  When the petition for removal is granted, check this box

Remanded from Appellate Court.  (3) Check this box for cases remanded to the district court for further action.  Use the date of remand as the filing date

Reinstated or Reopened  (4) Check this box for cases reinstated or reopened in the district court.  Use the reopening date as the filing date.

Transferred from Another District.  (5) For cases transferred under Title 28 U S C  Section 1404(a)  Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation.  (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U S C  Section 1407  When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment  (7) Check this box for an appeal from a magistrate judge's decision

VI.    Cause of Action  Report the civil statute directly related to the cause of action and give a brief description of the cause.

VII.    Requested in Complaint  Class Action  Place an "X" in this box if you are filing a class action under Rule 23, F.R Cv P.

Demand  In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction

Jury Demand  Check the appropriate box to indicate whether or not a jury is being demanded

VIII.    Related Cases.  This section of the JS-44 is used to reference related pending cases if any.  If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

Date and Attorney Signature.  Date and sign the civil cover sheet

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. ___0 6 -___6 0 __

# ACKNOWLEDGMENT
# OF  RECEIPT  FOR AO FORM  85

# *NOTICE OF AVAILABILITY OF A*
# *UNITED STATES MAGISTRATE JUDGE*
# *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF _____3_____ COPIES OF AO FORM 85.

JAN 3 0 2006
_____
(Date forms issued)

_____
(Signature of Party or their Representative)

_____Phillip   Casale_____
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action