## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FAIRPLAY ELECTRIC CARS, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| v | ) | |
| | ) | C.A. No. 06-60 |
| TEXTRON INNOVATIONS, INC. and | ) | |
| TEXTRON, INC. (including its E-Z-GO | ) | |
| Division) | ) | |
| | ) | |
| Defendants. | ) | |

### RULE 7.1 DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 7.1(a), plaintiff FairPlay Electric

Cars, LLC discloses that it has no parent corporation and that no publicly held

corporation owns 10% or more of its stock.


OF COUNSEL:                          POTTER ANDERSON & CORROON LLP

Craig N. Hentschel
Jeffrey W. Deane                     By:  */s/ Richard L. Horwitz*
DYKEMA GOSSETT PLLC                       Richard L. Horwitz (#2246)
333 South Grand Avenue                    David E. Moore (#3983)
Suite 2100                                Hercules Plaza, 6th Floor
Los Angeles, CA  90071                    1313 North Market Street
(213) 457-1800                            P.O. Box 951
                                          Wilmington, DE  19899-0951
                                          Telephone:  (302) 984-6000
Allan J. Sternstein                       rhorwitz@potteranderson.com
Timothy M. Morella                        dmoore@potteranderson.com
DYKEMA GOSSETT PLLC
10 South Wacker Drive
Suite 2300                           *Attorneys for Plaintiff*
Chicago, IL  60606
(312) 876-1700

Dated:  February 1, 2006

717477 / 29987

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on February 1, 2006, the attached document

was hand delivered on the following person and was electronically filed with the Clerk of the

Court using CM/ECF and the document is available for viewing and downloading from

CM/ECF.

TEXTRON INNOVATIONS, INC.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

TEXTRON, INC.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

/s/ *Richard L. Horwitz*
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

717640