## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FAIRPLAY ELECTRIC CARS, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v | ) | |
| | ) | C.A. No. 06-60 |
| TEXTRON INNOVATIONS, INC. and | ) | |
| TEXTRON, INC. (including its E-Z-GO | ) | |
| Division) | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Richard L. Horwitz of the law firm of

Potter Anderson & Corroon LLP, 1313 N. Market Street, Hercules Plaza, 6th Floor,

Wilmington, DE 19899, as lead Delaware counsel on behalf of plaintiff FairPlay Electric

Cars, LLC.

OF COUNSEL:

Craig N. Hentschel
Jeffrey W. Deane
DYKEMA GOSSETT PLLC
333 South Grand Avenue
Suite 2100
Los Angeles, CA 90071
(213) 457-1800

Allan J. Sternstein
Timothy M. Morella
DYKEMA GOSSETT PLLC
10 South Wacker Drive
Suite 2300
Chicago, IL 60606
(312) 876-1700

Dated: February 1, 2006

717490 / 29987

POTTER ANDERSON & CORROON LLP

By:  */s/ Richard L. Horwitz*
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 North Market Street
    P.O. Box 951
    Wilmington, DE 19899-0951
    Telephone: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

## CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on February 1, 2006, the attached

document was hand delivered on the following person and was electronically filed with

the Clerk of the Court using CM/ECF and the document is available for viewing and

downloading from CM/ECF.

TEXTRON INNOVATIONS, INC.          TEXTRON, INC.
c/o The Corporation Trust Company  c/o The Corporation Trust Company
Corporation Trust Center           Corporation Trust Center
1209 Orange Street                 1209 Orange Street
Wilmington, DE  19801              Wilmington, DE  19801

    /s/ *Richard L. Horwitz*
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

717640