# THE BAYARD FIRM
### ATTORNEYS

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
ZIP CODE FOR DELIVERIES: 19801

MERITAS LAW FIRMS WORLDWIDE
www.bayardfirm.com
302-655-5000
(FAX) 302-658-6395

WRITER'S DIRECT ACCESS

302-429-4267
kwright@bayardfirm.com

February 28, 2006

**VIA HAND DELIVERY**
Clerk of the Court
U.S. District Court
 For the District of Delaware
844 King Street, Rm. 4209
Wilmington, DE 19801

      Re:    *Fairplay Electric Cars, LLC v. Textron Innovations Inc. et al.*
              *Case No. 06-cv-00060 (JJF)*

Dear Sir/Madam:

      Enclosed please find hard and .pdf copies of the *corrected* Exhibit A (Declaration of Ronald P. Skenes, Jr.) to Defendant's Memorandum of Law in Support of Motion to Dismiss, Transfer or Stay Second-Filed Declaratory Judgment Action [Dk. # 9] filed on February 21, 2006. As I indicated in my phone call today, the original filing was not legible. Please replace the original Exhibit A with the legible version I have provided.

      Please feel free to contact me with any questions.

                            Very truly yours

                            Kristin M. Wright
                            *Assistant to Edmond D. Johnson, Esquire*

/kw
Enclosure

618934v1