IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FAIRPLAY ELECTRIC CARS, LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) C.A. No. 06-60-JJF<br>TEXTRON INNOVATIONS, INC. and )<br>TEXTRON, INC. (including its E-Z-GO )<br>Division) )<br>)<br>Defendants. ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, subject to the approval of the Court, that the remaining briefing schedule for Defendants' Motion to Dismiss (D.I. 8) shall be as follows:

| | |
|---|---|
| Plaintiff's Answering Brief | March 14, 2006 |
| Defendants' Reply Brief | March 21, 2006 |

POTTER ANDERSON & CORROON LLP                THE BAYARD FIRM

By: /s/ Richard L. Horwitz
   Richard L. Horwitz (#2246)
   David E. Moore (#3983)
   Hercules Plaza, Sixth Floor
   1313 N. Market Street
   Wilmington, DE 19899-0951
   Telephone: (302) 984-6000
   rhorwitz@potteranderson.com
   dmoore@potteranderson.com

*Attorneys for Plaintiff*

By: /s/ Edmond D. Johnson
   Edmond D. Johnson (I.D. #2257)
   222 Delaware Ave., Suite 900
   P.O. Box 25130
   Wilmington, DE 19899-5130
   Telephone: (302) 655-5000
   tjohnson@bayardfirm.com

*Attorneys for Defendants*

SO ORDERED this ___ day of _____, 2006.

722391                                            _____
                                                  United States District Judge