IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FAIRPLAY ELECTRIC CARS, LLC | ) |
| | ) |
| Plaintiff, | ) |
| v | ) |
| | ) C.A. No. 06-60-JJF |
| TEXTRON INNOVATIONS, INC. and | ) |
| TEXTRON, INC. (including its E-Z-GO | ) |
| Division) | ) |
| | ) |
| Defendants. | ) |

### STIPULATION AND ORDER

WHEREAS, the parties in the above-referenced action are actively engaged in good faith settlement discussions;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, subject to the approval of the Court, that the remaining briefing schedule for Defendants' Motion to Dismiss (D.I. 8) shall be as follows:

| | |
|---|---|
| Plaintiff's Answering Brief | March 28, 2006 |
| Defendants' Reply Brief | April 4, 2006 |

| POTTER ANDERSON & CORROON LLP | THE BAYARD FIRM |
|---|---|
| By: */s/ David E. Moore*<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, Sixth Floor<br>1313 N. Market Street<br>Wilmington, DE 19899-0951<br>Telephone: (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com | By: */s/ Edmond D. Johnson*<br>Edmond D. Johnson (I.D. #2257)<br>222 Delaware Ave., Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899-5130<br>Telephone: (302) 655-5000<br>tjohnson@bayardfirm.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

SO ORDERED this ___ day of _____, 2006.

_____
United States District Judge

723406