## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

FAIRPLAY ELECTRIC CARS, LLC )
                                  )
              Plaintiff, )
v                         )
                                  )   C.A. No. 06-60 (JJF)
TEXTRON INNOVATIONS, INC. )
                                  )
             Defendant. )
                                  )
                                  )

## AMENDED COMPLAINT FOR DECLARATORY JUDGMENT

Plaintiff, Fairplay Electric Cars, LLC ("Fairplay"), by and through its attorneys, states as follows for its Complaint against Defendant, Textron Innovations, Inc. ("Textron"):

### JURISDICTION AND VENUE

1.     This is an action for declaratory judgment, arising under the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202 and the Patent Laws of the United States of America, 35 U.S.C. §§ 101 *et seq*, seeking a declaratory judgment of non-infringement, of United States Design Patent Nos. 345,717 ("the '717 Patent"), 369,762 ("the '762 Patent") and 373,099 ("the '099 Patent"), each of which are entitled "Golf Car."

2.     This Court has subject matter jurisdiction over all causes of action set forth hereunder pursuant to 28 U.S.C. §§ 1331 (Federal Question Jurisdiction), 1338(a) (Jurisdiction over Patents), 2201 and 2202 (both Sections relating to Jurisdiction under the Declaratory Judgment Act).

3.     This Court also has personal jurisdiction over Textron because Textron is incorporated in and conducts business within the State of Delaware and within this District.

4.      Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(a) and (b) in that, at all times material to this Complaint, Textron has committed one or more of the acts complained of herein within the United States of America, this State and this District.

## PARTIES

5.      Fairplay is a Limited Liability Corporation organized and existing under the laws of the State of Colorado. Fairplay maintains a principal place of business at 743 Horizon Court, Suite 333, Grand Junction, Colorado 81506. Fairplay is in the business of, *inter alia*, marketing and selling electric cars, including golf cars.

6.      Textron is a Corporation organized and existing under the laws of the State of Delaware, and maintains a principal place of business at 40 Westminster Street, Providence, Rhode Island 02903.

## FACTUAL BACKGROUND

7.      An actual justiciable case or controversy exists between the parties with respect to Fairplay's 2007 ZX Series Cars (the "2007 ZX Cars"), and the infringement of three patents assigned to Textron.

8.      On April 5, 1994, the '717 Patent, entitled "Golf Car," issued to William R. Molzon and James M. Criscuolo. A true and accurate copy of the '717 Patent is attached to this Complaint as Exhibit A.

9.      On May 14, 1996, the '762 Patent, entitled "Golf Car," issued to William R. Molzon and James M. Criscuolo. A true and accurate copy of the '762 Patent is attached to this Complaint as Exhibit B.

10.     On August 27, 1996, the '099 Patent, entitled "Golf Car," issued to William R. Molzon and James M. Criscuolo. A true and accurate copy of the '099 Patent is attached to this Complaint as Exhibit C.

11.    Each of the '717, '762 and '099 Patents lists as the Assignee Textron.

12.    On January 17, 2006, Textron, along with Textron Inc., filed a Complaint For Injunctive Relief And Jury Demand ("Complaint") against Fairplay in the United States District Court for the Southern District of Georgia, Augusta Division. This Action, referred to hereinafter as the "Georgia Action," was assigned Case Number CV106-009. The Georgia Action alleged, *inter alia*, the infringement of the '717, '762 and '099 Patents by Fairplay of all of the golf cars then being marketed and sold by Fairplay, namely Fairplay's Fleet Model Golf Car Nos. PEC-2F4840 and PEC-4F4840, and Fairplay's Legacy Model Cars.

13.    Along with the Complaint, Textron requested, and was granted, a Preliminary Injunction hearing in which Fairplay was ordered to show cause by January 23, 2006, as to why a Preliminary Injunction was not to be ordered against Fairplay concerning infringement of the '762 patent by Fairplay's Fleet Model Golf Cars.

14.    On January 23, 2006, a Preliminary Injunction Order was issued against Fairplay, and Fairplay was "enjoined and restrained within the United States of America from making, assembling, importing, marketing, selling, or leasing the two seater versions of [Fairplay's] Fleet and Legacy Model Golf Cars, or any equivalent golf car." A true and correct copy of the Preliminary Injunction Order is attached to this Complaint as Exhibit D.

15.    Fairplay did not show or market its Fleet Model Golf Cars (Nos. PEC-2F4840 and PEC-4F4840), or any equivalent golf cars, at a PGA Merchandise Show in Orlando, Florida on January 26-29, 2006 ("the Orlando Trade Show"), nor at a Golf Industry Show in Atlanta, Georgia on February 9-11, 2006 ("the Atlanta Trade Show").

16.    Fairplay introduced, for the first time, its 2007 ZX Cars, at both the Orlando and Atlanta Trade Shows.

3

17.    As a result of Textron's actions and overbroad assertions of patent rights, Fairplay has an immediate, objective and reasonable apprehension that Textron will and intends to allege the infringement of the '717, '762 and/or '099 Patents through the importation, use, offer for sale and/or sale of the 2007 ZX Cars.

## COUNT ONE – DECLARATION OF PATENT NONINFRINGEMENT

18.    Fairplay incorporates and realleges the averments contained in Paragraphs 1 through 17, above.

19.    This Count One is for a declaration that the 2007 ZX Cars imported, used, offered for sale and/or sold by Fairplay do not infringe any valid claim of the '717, '762 or '099 Patents.

20.    By virtue of Textron's actions and Fairplay's reasonable apprehension that it will face an infringement suit, there is a substantial and continuing justiciable controversy between Fairplay and Textron as to Textron's right to threaten or maintain suit for infringement of the '717, '762 and/or '099 Patents by Fairplay's importation, use, sale and/or offer for sale of its 2007 ZX Cars.

21.    Further, Fairplay has a reasonable belief of suit imminently being brought against it by Textron for infringement of the '717, '762 and/or '099 Patents by Fairplay's manufacture, use, sale and/or offer for sale of its 2007 ZX Cars.

22.    Fairplay does not infringe the Claims of the '717, '762 and '099 Patents by its 2007 ZX Cars, and Fairplay's conduct does not violate 35 U.S.C. § 271.

23.    Accordingly, Fairplay is entitled to a declaratory judgment of non-infringement of the '717, '762 and '099 Patents by its 2007 ZX Cars.

4

**PRAYER FOR RELIEF**

WHEREFORE, Fairplay respectfully requests the following relief:

A.    Judgment that Textron is without right or authority to threaten or maintain suit against Fairplay or its customers for the alleged infringement of the '717, '762 and '099 Patents by the 2007 ZX Cars; and that the '717, '762 and '099 patents are not infringed by Fairplay because of the importation, use, offering for sale and/or sale of the 2007 ZX Cars;

B.    A preliminary and permanent injunction enjoining Textron, its officers, agents, servants, employees and attorneys, and those persons in active concert or participation with Textron who receive actual notice thereof, from initiating infringement litigation or threatening Fairplay, or any of its customers, dealers, agents, servants or employees, or any prospective or present sellers, dealers or users of Fairplay's 2007 ZX Cars, with infringement litigation, or charging any of them, either verbally or in writing, with infringement of the '717, '762 and/or '099 Patents, because of the importation, use, sale or offering of sale of Fairplay's 2007 ZX Cars;

C.    Award Fairplay its costs and reasonable attorney's fees; and

D.    Grant Fairplay such further relief as this Court deems just and proper.

OF COUNSEL:

Craig N. Hentschel
Jeffrey W. Deane
DYKEMA GOSSETT PLLC
333 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
(213) 457-1800

Allan J. Sternstein
Timothy M. Morella
DYKEMA GOSSETT PLLC
10 South Wacker Drive, Suite 2300
Chicago, IL 60606
(312) 876-1700

Dated:  April 18, 2006
728486 / 29987

POTTER ANDERSON & CORROON LLP

By:  /s/ David E. Moore
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 North Market Street
    P.O. Box 951
    Wilmington, DE 19899-0951
    Telephone:  (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

    *Attorneys for Plaintiff Fairplay Electric Cars, LLC*

6

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on April 18, 2006, the attached document was hand

delivered on the following person and was electronically filed with the Clerk of the Court using

CM/ECF which will send notification of such filing(s) to the following and the document is

available for viewing and downloading from CM/ECF.

Edmund D. Johnson
Peter B. Ladig
THE BAYARD FIRM
222 Delaware Avenue
Suite 900
Wilmington, Delaware  19801


I hereby certify that on April 18, 2006, I have Electronically Mailed the attached

document to the following non-registered participants:

Scott Robertson
Christopher C. Campbell
HUNTON & WILLIAMS LLP
1900 K Street, NW
Suite 1200
Washington, DC  20006
srobertson@hunton.com
ccampbell@hunton.com

                              /s/ David E. Moore
                              Richard L. Horwitz
                              David E. Moore
                              Potter Anderson & Corroon LLP
                              Hercules Plaza – Sixth Floor
                              1313 North Market Street
                              P.O. Box 951
                              Wilmington, DE  19899-0951
                              (302) 984-6000
                              rhorwitz@potteranderson.com
                              dmoore@potteranderson.com

717640

# Exhibit A



US00D345717S

# United States Patent [19]

## Molzon et al.

[11] Patent Number: **Des. 345,717**

[45] Date of Patent: ** Apr. 5, 1994

[54] **GOLF CAR**

[75] Inventors: William R. Molzon, Clarkson, Mich.; James M, Criscuolo, Martinez, Ga.

[73] Assignee: Textron Inc., Providence, R.I.

[**] Term: 14 Years

[21] Appl. No.: 886,444

[22] Filed: May 20, 1992

[52] U.S. Cl. ............................................... D12/16
[58] Field of Search ............... 296/186; 280/DIG. 5; D12/16

[56]          References Cited

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 255,558 | 6/1980 | Ekman | D12/16 |
| D. 320,580 | 10/1991 | Kim | D12/16 |
| D. 326,831 | 6/1992 | Lanius et al. | D12/16 |
| 4,037,614 | 7/1977 | Hines et al | 135/5 A |
| 4,098,536 | 7/1978 | Mills | 296/78 R |
| 4,334,692 | 6/1982 | Lynch | 280/79.1 A |
| 4,533,013 | 8/1985 | Hightower | 180/210 |

| | | | |
|---|---|---|---|
| 4,650,238 | 3/1987 | Healey | 296/37.7 |
| 4,712,064 | 9/1988 | Moore | 296/102 |
| 4,773,695 | 9/1988 | Jones et al, | 296/77.1 |
| 5,094,500 | 3/1992 | Maypole et al. | 296/102 |

### OTHER PUBLICATIONS

1990 E-Z-Go Textron Product Catalog, pp. 1, 6, 9, 14, 22, 23, 24.

*Primary Examiner*—Wallace R. Burke
*Assistant Examiner*—M. Brown
*Attorney, Agent, or Firm*—Perman & Green

[57]          **CLAIM**

The ornamental design for a golf car, as shown and described.

### DESCRIPTION

FIG. 1 is a perspective view of a golf car showing our new design;
FIG. 2 is a top plan view thereof;
FIG. 3 is a side elevational view thereof, the opposite side being a mirror image;
FIG. 4 is a front elevational view thereof; and,
FIG. 5 is a rear elevational view thereof.



U.S. Patent          Apr. 5, 1994          Sheet 1 of 4          Des. 345,717



FIG. 1.

FIG. 2.



U.S. Patent    Apr. 5, 1994    Sheet 3 of 4    Des. 345,717



FIG. 3.

U.S. Patent        Apr. 5, 1994        Sheet 4 of 4        Des. 345,717



## FIG. 4.



## FIG. 5.



# Exhibit B

US00D369762S

# United States Patent [19]

Molzon et al.

[11]  Patent Number:  Des. 369,762

[45]  Date of Patent:  ∗∗May 14, 1996

[54]  GOLF CAR

[75]  Inventors:  William R. Molzon, Clarkston, Mich.;
James M. Criscuolo, Martinez, Ga.

[73]  Assignee:  Textron Inc., Providence, R.I.

[∗∗]  Term:  14 Years

[21]  Appl. No.: 29,859

[22]  Filed:  Oct. 18, 1994

### Related U.S. Application Data

[63]  Continuation-in-part of Ser. No. 17,534, Jan. 14, 1994,
which is a continuation-in-part of Ser. No. 886,444, May 20,
1992, Pat. No. Des. 345,717; and Ser. No. 886,445, May 20,
1992, Pat. Des. 345,718.

[52]  U.S. Cl. ............................................................ D12/16

[58]  Field of Search ................ D12/16; 280/DIG. 5;
296/186

[56]  References Cited

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 255,558 | 6/1980 | Eiven | D12/16 |
| D. 320,580 | 10/1991 | Klim | D12/16 |
| D. 326,831 | 6/1992 | Lmlus et al. | D12/16 |
| D. 345,717 | 4/1994 | Molzon et al | D12/16 |
| D. 345,718 | 4/1994 | Molzon et al. | D12/16 |
| 4,037,614 | 7/1977 | Hines et el | 135/5 A |
| 4,098,536 | 7/1978 | Mills | 296/78 1 |
| 4,334,692 | 6/1982 | Lynch | 280/79.1 A |
| 4,533,013 | 8/1985 | Hightower | 180/210 |
| 4,650,238 | 3/1987 | Henley | 296/37.7 |
| 4,772,064 | 9/1988 | Moore | 296/102 |
| 4,773,695 | 9/1988 | Jones et al. | 296/77.1 |
| 5,094,500 | 3/1992 | Maypole et al. | 296/102 |

#### OTHER PUBLICATIONS

1990 E-Z-GO Textron Product Catalog, pp. 1, 6, 9, 14, 22, 23, 24

Primary Examiner—Melody N. Brown
Attorney, Agent, or Firm—Perman & Green

[57]  **CLAIM**

The ornamental design for a golf car, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of a golf car showing our new design;
FIG. 2 is a top plan view thereof;
FIG. 3 is a side elevational view thereof, the opposite side being a mirror image;
FIG. 4 is a front elevational view thereof; and,
FIG. 5 is a rear elevational view thereof.

1 Claim, 4 Drawing Sheets



U.S. Patent    May 14, 1996    Sheet 1 of 4    Des. 369,762



FIG. I

U.S. Patent     May 14, 1996     Sheet 2 of 4     Des. 369,762



FIG. 2

U.S. Patent        May 14, 1996        Sheet 3 of 4        Des. 369,762



FIG. 3

U.S. Patent    May 14, 1996    Sheet 4 of 4    Des. 369,762



FIG. 4



FIG. 5

# Exhibit C

US00D373099S

# United States Patent [19]

## Molzon et al.

[11] Patent Number: **Des. 373,099**

[45] Date of Patent: **\*\*\* Aug. 27, 1996**

[54] **GOLF CAR**

[75] Inventors: William R. Molzon, Clarkston, Mich.; James M. Crisenulo, Martinez, Ga.

[73] Assignee: Textron Inc., Providence, R.I.

[\*] Notice: The portion of the term of this patent subsequent to Apr. 5, 2008, has been disclaimed.

[\*\*] Term: 14 Years

[21] Appl. No.: 17,534

[22] Filed: Jan. 14, 1994

### Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 886,444, May 20, 1992, Pat. No. Des. 345,717, and a continuation-in-part of Ser. No. 886,445, May 20, 1992, Pat. No. Des. 345,718.

[52] U.S. Cl. ............................................ D12/16
[58] Field of Search ..................... D12/16; 296/186, 296/37.7; 280/DIG. 5

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 255,558 | 6/1980 | Ekum | D12/16 |
| D. 320,580 | 10/1991 | Kim | D12/16 |
| D. 326,831 | 6/1992 | Ladus et al. | D12/16 |
| D. 345,717 | 4/1994 | Molzon et al. | D12/16 |
| D. 345,718 | 4/1994 | Molzon et al. | D12/16 |
| 4,037,614 | 7/1977 | Hines et al | 135/5 A |
| 4,098,536 | 7/1978 | Mills | 296/78.1 |
| 4,334,692 | 6/1982 | Lynch | 280/79.1 |
| 4,533,012 | 8/1985 | Hightower | 180/210 |
| 4,533,013 | 8/1985 | Hightower | 180/210 |
| 4,650,238 | 3/1987 | Healey | 296/37.7 |
| 4,772,064 | 9/1988 | Moore | 296/102 |
| 4,773,695 | 9/1988 | Jones et al | 296/77.1 |
| 5,094,500 | 3/1992 | Maypole et al | 296/102 |

#### OTHER PUBLICATIONS

1990 E-Z-GO Textron Product Catalog, pp. 1,6,9,14,22,23, 24.

Primary Examiner—A. Hugo Word
Assistant Examiner—M. Brown
Attorney, Agent, or Firm—Perman & Green

[57] **CLAIM**

The ornamental design for a golf car, as shown and described.

### DESCRIPTION

FIG. 1 is a perspective view of a golf car showing our new design;
FIG. 2 is a top plan view thereof;
FIG. 3 is a left side elevational view thereof;
FIG. 4 is a front elevational view thereof;
FIG. 5 is a rear elevational view thereof; and,
FIG. 6 is a right side elevational view thereof

**1 Claim, 5 Drawing Sheets**



U.S. Patent     Aug. 27, 1996     Sheet 1 of 5     Des. 373,099



FIG. 1.

U.S. Patent        Aug. 27, 1996    Sheet 2 of 5        Des. 373,099



FIG. 2.

U.S. Patent         Aug. 27, 1996        Sheet 3 of 5         Des. 373,099



FIG. 3.

U.S. Patent          Aug. 27, 1996          Sheet 4 of 5          Des. 373,099

FIG. 4.



FIG. 5.



U.S. Patent    Aug. 27, 1996    Sheet 5 of 5    Des. 373,099



FIG. 6.

# Exhibit D

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 JAN 24  PM 2:50

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

TEXTRON INNOVATIONS, INC., *
and E-Z GO (a division of *
TEXTRON, INC.), *
                            *
            Plaintiffs, *
                            *
    v. *                    CV 106-009
                            *
FAIRPLAY ELECTRIC CARS, LLC, *
                            *
            Defendant. *

## O R D E R

Presently before the Court in the captioned matter is
Plaintiffs' motion for a preliminary injunction to enjoin
Defendant from infringing Plaintiffs' United States Design
Patent No. 369,762. (Doc. No. 3.) Upon consideration of the
evidence and the parties' written and oral arguments, the
Court orally expressed findings of fact and conclusions of law
into the record at the conclusion of the hearing held
yesterday on this matter.

Based upon those findings of fact and conclusions of law,
IT IS HEREBY ORDERED that Defendant Fairplay Electric Cars,
LLC,[1] is enjoined and restrained within the United States of

---

[1] Pursuant to Federal Rule of Civil Procedure 65(d), this
injunction is binding upon Defendant's officers, agents,
servants, employees, and attorneys, and any person in active
concert or participation with them who receive actual notice
. . .

Jan-24-06    02:40pm    From-USDC Aug                    70684044D1         T-901   P 002/003   F-673

America from making, assembling, importing, marketing, selling, or leasing the two-seater versions of Defendant's Fleet and Legacy Model Golf Cars, or any equivalent golf car.

This Order shall remain in effect until February 6, 2006; however, the expiration date of this Order will be extended if Defendant does not file its opposition to this injunction and arrange for another hearing by the close of business on February 6, 2006.

ORDER ENTERED at Augusta, Georgia, this 24th day of January, 2006.

_(signature)_

UNITED STATES DISTRICT JUDGE

of this Order, by personal service or otherwise.

2