# THE BAYARD FIRM
### A T T O R N E Y S

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
ZIP CODE FOR DELIVERIES: 19801

MERITAS LAW FIRMS WORLDWIDE
www.bayardfirm.com
302-655-5000
(FAX) 302-658-6395

WRITER'S DIRECT ACCESS

302-429-4219
pladig@bayardfirm.com

April 28, 2006

**VIA ELECTRONIC FILING**

The Honorable Joseph J. Farnan, Jr
United States District Court
844 N. King Street
Wilmington, DE  19801

      Re:   *Fairplay Electric Cars, LLC v. Textron Innovations, Inc.*
             *Civil Action No. 05-486*

Dear Judge Sleet:

Pursuant to Local Rule 7.1.4, defendant Textron Innovations, Inc. ("TII"), respectfully requests that the Court permit oral argument with respect to Defendant's Motion to Dismiss, Transfer or Stay Second Filed Declaratory Judgment Action.

Counsel are available for consultation if the Court so desires.

Respectfully,

Peter B. Ladig (#3513)

cc:    Clerk of the Court (via hand delivery)
      Richard L. Horwitz, Esq. (via electronic filing)
      David E. Moore, Esq. (via electronic filing)
31527-1