

**Richard L. Horwitz**
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027  Direct Phone
302 658-1192  Fax

1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
302 984-6000

www.potteranderson.com

May 3, 2006

<u>**BY HAND DELIVERY AND E-FILE**</u>

The Honorable Joseph J. Farnan, Jr.
United States District Court District of Delaware
844 North King Street
Wilmington, Delaware 19801

      Re:    Fairplay Electric Cars, LLC v. Textron Innovations, Inc., et al.
             C.A. No. 06-60 (JJF)

Dear Judge Farnan:

      We have received Textron's request for oral argument on its motion to dismiss, stay or transfer.  Although we do not believe oral argument is necessary, we would be happy to appear and argue if that would be helpful to the Court.

                            Respectfully,

                            */s/ Richard L. Horwitz*

                            Richard L. Horwitz (#2246)

RLH/jmm
730505
cc:    Allan J. Sternstein, Esquire (via e-mail)
       Craig N. Hentschel, Esquire (via e-mail)
       Edmund D. Johnson, Esquire (via e-file and e-mail)
       Scott Robertson, Esquire (via e-mail)