IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FAIRPLAY ELECTRIC CARS, LLC,   :
                               :
        Plaintiff,             :
                               :
v.                             :   Civil Action No. 06-60-JJF
                               :
TEXTRON INNOVATIONS, INC.,     :
                               :
        Defendant.             :

## ORDER

At Wilmington, the  15  day of May 2006, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Defendant's Motion To Dismiss, Transfer, Or Stay Second-Filed Declaratory Judgment Action (D.I. 8) is **GRANTED**.

2. This case is **CLOSED**.

_____
UNITED STATES DISTRICT JUDGE