## REPORT ON THE FILING OR DETERMINATION OF AN
## ACTION REGARDING A PATENT OR TRADEMARK

TO:   Commissioner of Patents and Trademarks
      Washington, D.C. 20231

In compliance with 35:290 and/or 15 U.S.C. 1116 you are hereby advised that a court action
has been filed on the following patent(s)/trademarks in the U.S. District Court:

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| 06-cv-60 (JJF) | 1/30/06 | District of Delaware |

| PLAINTIFF | DEFENDANT |
|---|---|
| FAIRPLAY ELECTRIC CARS, INC. | TEXTRON INNOVATIONS, INC. |

| PATENT/TRADEMARK NO. | DATE OF PATENT/TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1.   369,762 | | |
| 2.   345,717 | | |
| 3.   373,099 | | |

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | [ ] Amendment  [ ] Answer  [ ] Cross Bill  [ ] Other Pleading |

| PATENT/TRADEMARK NO. | DATE OF PATENT/TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following decision has been rendered or
judgment issued:

**DECISION/JUDGMENT**

*see attached*

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| PETER T. DALLEO, CLERK | *Anita F. Bell* | 7/10/06 |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FAIRPLAY ELECTRIC CARS, LLC,　　:
　　　　　　　　　　　　　　　　　　:
　　　　　　Plaintiff,　　　　　　:
　　　　v.　　　　　　　　　　　　:　　Civil Action No. 06-60-JJF
　　　　　　　　　　　　　　　　　　:
TEXTRON INNOVATIONS, INC.,　　　:
　　　　　　　　　　　　　　　　　　:
　　　　　　Defendant.　　　　　　:

**ORDER**

At Wilmington, the ___15___ day of May 2006, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1.　Defendant's Motion To Dismiss, Transfer, Or Stay Second-Filed Declaratory Judgment Action (D.I. 8) is **GRANTED**.

2.　This case is **CLOSED**.

_____
UNITED STATES DISTRICT JUDGE